710 A.2d 608

**Thomas BLANYAR and Louise Blanyar, Parents and Natural Guardians of Christopher Blanyar, a minor and Thomas Blanyar and Louise Blanyar, in their own right, Appellants,**

v.

**PAGNOTTI ENTERPRISES, INC.**

Supreme Court of Pennsylvania.

Argued April 28, 1998.

Decided May 19, 1998.

*ORDER*

**PER CURIAM:**

Order affirmed.